IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

TONI COMBS,

    Defendant.

CRIMINAL CASE NO.

1:10-CR-97-03-JEC

### ORDER

The above criminal action is presently before the Court on the Magistrate Judge's Report and Recommendation [96] recommending accepting defendant's plea of guilty tendered on February 8, 2011. No objections to the Report and Recommendation [96] have been filed.

IT IS HEREBY ORDERED that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [96] and **ACCEPTS** the defendant's plea of guilty as to Counts Twenty-Nine (29), Thirty-One (31) and Thirty-Two (32) of the Indictment. The sentencing date will be set after final disposition of the remaining defendants.

SO ORDERED this ___ day of MARCH, 2011.

_____
JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE

AO 72A
(Rev.8/82)